### ATLANTA NORTHERN RAILWAY COMPANY v. HARRIS.

HILL, J. There is no complaint that any error of law was committed on the trial; and the evidence being sufficient to support the verdict,. it was not erroneous for the trial judge to overrule the motion for a new trial.            *Judgment affirmed. All the Justices concur.*

           MARCH 15, 1916.

Action for damages. Before Judge Patterson. Cobb superior court. January 20, 1915.

*Colquitt & Conyers,* for plaintiff in error.

*Fred Morris* and *N. A. Morris,* contra.